No. 73–203. EISEN *v.* CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 908.] Motion of respondents for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Petitioners also allotted 15 additional minutes for oral argument.

No. 73–364. AMERIND *v.* MANCARI ET AL. Appeal from D. C. N. M. Motion to dispense with printing jurisdictional statement denied with leave to file printed jurisdictional statement in conformity with Rule 39 of the Rules of this Court on or before January 29, 1974.

No. 73–773. MCNEILL *v.* FISHER ET AL. Ct. App. D. C. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 29, 1974.

No. 73–570. SOUTHWIRE CO. ET AL. *v.* METAL EQUIPMENT CO., *ante,* p. 1092. Motion of respondent for damages for delay caused by petition for certiorari denied.

No. 73–899. MOODY ET AL. *v.* ALBEMARLE PAPER CO. ET AL.; AND WILLIAMS *v.* ALBEMARLE CITY BOARD OF EDUCATION. Parties granted leave and are invited to file briefs on or before February 13, 1974, in form specified by Rule 39 of the Rules of this Court, in response to question certified by the United States Court of Appeals for the Fourth Circuit. Reported below: See 474 F. 2d 134 and 485 F. 2d 232.